Form 35

## UNITED STATES DISTRICT COURT

### Northern DISTRICT OF Illinois
### Eastern Division

| | |
|---|---|
| HOMELAND CENTRAL INSURANCE COMPANY F/K/A HAWKEYE SECURITY INSURANCE COMPANY (IA) AS TRANSFEREE OF WESTERN STATES INSURANCE COMPANY, BY ITS TRANSFEREE ONEBEACON INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>TUSCHALL ENGINEERING COMPANY, INC., F.H. PASCHEN, S.N. NIELSEN, INC.,<br><br>Defendants. | Court No. 1:08-cv-02991<br><br>Judge Ronald A Guzman |

**Report of Parties' Planning Meeting**

1. Pursuant to Fed. R. Civ. P 26(f), a meeting was held telephonically on July 18, 2008 and was attended by:

Ali Amin for plaintiff OneBeacon Insurance Company; and

Ellen Epstein for defendants F.H. Paschen, S.N. Nielsen, Inc..

2. Pre-Discovery Disclosures. The parties ☐ have exchanged ☒ will exchange by September 30, 2008 the information required by ☒ Fed. R. Civ. P. 26(a)(1)

☐ local rule _____.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:
[Use separate paragraphs or subparagraphs as necessary if parties disagree.]

At this time, it may be premature to prepare a discovery plan, as all parties to this matter have not been formally served. (Tuschall Engineering has verbally agreed to waive service, but has not returned a signed waiver of service form. Moreover, F.H. Paschen has not yet appeared, nor is required to file an Appearance or Answer until mid-August, 2008. However, It is estimated that standard discovery will be required and can be completed in nine months as of the date of this report.

Discovery will be needed on the following subjects: Discovery will be needed on the construction work and any alleged water damage involving the William Rainey Harper College Performing Arts Center and Instructional Conference Center at issue in this lawsuit. Discovery will also be needed as to issues involving the insured and any all documents relating to the policy.

The parties believe that this Discovery Plan should be modified at such time when all parties to the lawsuit can formally participate in its creation.

(brief description of subjects on which discovery will be needed)

American LegalNet, Inc.
www.USCourtForms.com

Form 35

All written and oral discovery (with the exception of expert discovery) commenced in time to be completed by 6/1/09.

Maximum of 50 interrogatories by each party to any other party.

Responses due 30 days after service.

Maximum of 25 requests for admission by each party to any other party.

Responses due 30 days after service.

Maximum of 8 depositions, inclusive of expert witness depositions, by plaintiff and 8 by each defendant.

Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by 2/16/09

from defendants by 3/16/09

Supplementations under Rule 26(e) due 4/16/09.

4. Other Items [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

The parties ☐ request ☒ do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in 7/09.

Plaintiff should be allowed until 9/15/08 to join additional parties and until 9/15/08 to amend the pleadings.

Defendants should be allowed until 9/15/08 to join additional parties and until 9/15/08 to amend the pleadings.

All potentially dispositive motions should be filed by 7/1/09.

Settlement ☐ is likely ☐ is unlikely ☐ cannot be evaluated prior to (date)

☒ may be enhanced by use of the following alternative dispute resolution procedure: Mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

from plaintiff by 8/1/09

from defendants by 8/15/09

Parties should have 14 days after service of final lists of witnesses and exhibits to list amendments or objections under Rule 26(a)(3).

American LegalNet, Inc.
www.USCourtForms.com

Form 35

The case should be ready for trial by 9/21/09 and at this time is expected to take approximately 4 - 5 days.

[Other matters.]

Date: July 18, 2008

                    Respectfully submitted,

                    **HOMELAND CENTRAL INSURANCE COMPANY F/K/A HAWKEYE SECURITY INSURANCE COMPANY (IA) AS TRANSFEREE OF WESTERN STATES INSURANCE COMPANY, BY ITS TRANSFEREE ONEBEACON INSURANCE COMPANY**

                    By: /s/Ali R. Amin
                         One of their attorneys

Ali R. Amin (6274471)
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3694
Facsimile: 312-704-3001

                    Respectfully submitted,

                    **F.H. PASCHEN; S.N. NIELSEN, INC.; TUSCHALL ENGINEERING COMPANY, INC.**

                    By: /s/Ellen Epstein
                         One of their attorneys

Ellen Epstein
Burke Burns & Pinelli, Ltd
Three First National Plaza
Suite 4300
Chicago, IL 60602
Telephone: 312-541-8600
Facsimile: 312-541-8603

American LegalNet, Inc.
www.USCourtForms.com