**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Homeland Central Insurance Company, et al.

                                                Plaintiff,

v.                                                                 Case No.: 1:08−cv−02991

                                                                          Honorable Ronald A. Guzman

Tuschall Engineering Company Inc., et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000002886386 for Eric J. Strobel [9] is granted. Counsel is directed to Local Rule 83.15(b), which requires a designation of local counsel to be made within thirty days.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.