IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| HOMELAND CENTRAL INSURANCE COMPANY F/K/A HAWKEYE SECURITY INSURANCE COMPANY (IA) AS TRANSFEREE OF WESTERN STATES INSURANCE COMPANY, BY ITS ) ) ) ) ) ) ) | No:. 08 CV 2991 <br><br> Hon. Judge Ronald A. Guzman |
| TRANSFEREE ONEBEACON INSURANCE COMPANY, ) ) ) | Magistrate Judge Brown |
| Plaintiff, ) ) | |
| v. ) ) | |
| TUSCHALL ENGINEERING COMPANY, INC., F.H. PASCHEN, S.N. NIELSEN, INC., ) ) ) | |
| Defendants. ) | |

**NOTICE OF FILING**

**TO:**    SEE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on August 18, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Answer, Affirmative Defenses and Counterclaim of F.H. Paschen, S.N. Nielsen, Inc. to Complaint For Declaratory Judgment**, a copy of which is attached hereto and served upon you herewith.

                                          Respectfully submitted,

                                          **BURKE BURNS & PINELLI, LTD.**


                                      By:    s/ Christopher J. Hales
                                              One of the Attorneys for F.H.
                                              Pachen, S.N. Nielson, Inc.

Ellen B. Epstein #6187521
Christopher J. Hales #6280150
**BURKE BURNS & PINELLI, LTD.**
Three First National Plaza
Suite 4300
Chicago, Illinois 60602
(312) 541-8600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Filing and Answer, Affirmative Defenses and Counterclaim of F.H. Paschen, S.N. Nielsen, Inc. to Complaint For Declaratory Judgment** was served upon:

Ali R. Amin
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000 (Tel.)
Email:  aamin@hinshawlaw.com
Attorneys for Homeland Central Insurance Company,
*as Transferee of Western States Insurance Company*
*formerly known as* Hawkeye Security Insurance Company and
Attorneys for One Beacon Insurance Company
*By its Transferee*

Eric J. Strobel
Hinshaw & Culbertson LLC
333 South Seventh Street
Suite 2000
Minneapolis, MN 55413
(612) 333-3434 (Tel.)
**Pro Hac Vice**
Attorneys for Homeland Central Insurance Company,
*as Transferee of Western States Insurance Company*
*formerly known as* Hawkeye Security Insurance Company and
Attorneys for One Beacon Insurance Company
*By its Transferee*

via ECF and by placing same in a properly addressed stamped envelope and causing same to be mailed via United States mail on this 18th day of August, 2008.

                                            s/ Christopher J. Hales
                                            One of the Attorneys for F.H. Paschen,
                                            S.N. Nielsen, Inc.

**Homeland Central Insurance Company, et al. v.
Tuschall Engineering Company, et al.
Case No. 1:08-cv-02991**

**Service List**

Ali R. Amin
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000 (Tel.)
Email:  aamin@hinshawlaw.com
Attorneys for Homeland Central Insurance Company,
*as Transferee of Western States Insurance Company*
*formerly known as* Hawkeye Security Insurance Company and
Attorneys for One Beacon Insurance Company
*By its Transferee*

Eric J. Strobel
Hinshaw & Culbertson LLC
333 South Seventh Street
Suite 2000
Minneapolis, MN 55413
(612) 333-3434 (Tel.)
*Pro Hac Vice*
Attorneys for Homeland Central Insurance Company,
*as Transferee of Western States Insurance Company*
*formerly known as* Hawkeye Security Insurance Company and
Attorneys for One Beacon Insurance Company
*By its Transferee*