**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2991 |
|---|---|
| Homeland Central Insurance Company v. Tuschall Engineering Co., Inc., et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TUSCHALL ENGINEERING CO., INC.

| | |
|---|---|
| NAME (Type or print) | |
| Brian M. Dougherty | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian M. Dougherty | |
| FIRM | |
| Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | |
| STREET ADDRESS | |
| 835 McClintock Drive, Second Floor | |
| CITY/STATE/ZIP | |
| Burr Ridge, IL 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6269661 | 630/655-6000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |