# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Homeland Central Insurance Company, et al.

                        Plaintiff,

v.                                        Case No.: 1:08−cv−02991

                                                    Honorable Ronald A. Guzman

Tuschall Engineering Company Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 9/3/2008. Defendant Tuschall Engineering Company, Inc.'s oral motion to extend time to answer or otherwise plead is granted to and including 10/1/08. Discovery ordered closed by 3/2/2009. Status hearing set for 3/4/2009 at 09:30 AM.Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.